# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN FLAGLER, | : | No. 144 MM 2020 |
| Respondent | : | |
| v. | : | |
| FRANCIS TEMPLIN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of October, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.